**92–1833.** Estate of Oldham v. State Farm Auto. Ins. Co. *Lucas County*, No. L–91–353. DOUGLAS, J., dissents.
RESNICK, J., not participating.

**92–1841.** Yorkview Apts. v. Johns. *Stark County*, No. CA–8796.

**92–1842.** Applied Solutions, Inc. v. Meyers. *Hamilton County*, No. C–910966.

**92–1851.** State v. Johnson. *Lake County*, No. 91–L–107.
MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92–1866.** Mock v. Bowen. *Lucas County*, No. L–91–210.
HOLMES, J., dissents.
RESNICK, J., not participating.

**92–1869.** Triplett v. Registrar, Bur. of Motor Vehicles. *Franklin County*, No. 92AP–108. On motion to certify the record and on motion to produce/transmit record. Motions denied.

**92–1874.** Huntington Natl. Bank v. Hebeka. *Lucas County*, No. L–90–318. (Notice of appeal by McConnell and second notice of appeal by Hebeka.)

**92–1883.** Dunn v. Dunn. *Hamilton County*, No. C–910713.
DOUGLAS, J., dissents.

**92–1884.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County*, No. 91–CA–09.
DOUGLAS and RESNICK, JJ., dissent.

**92–1887.** Richards v. Akron Pub. Schools Bd. of Edn. *Summit County*, No. 15461.

**92–1895.** Smith v. Leano. *Lorain County*, No. 91CA005228. (Notice of appeal by Romero et al. and second notice of appeal by Hoke.)
WRIGHT, J., dissents.

**92–1897.** Seeholzer v. Kellstone, Inc. *Erie County*, No. E–91–38.

**92–1908.** Mosier v. Mosier. *Franklin County*, No. 92AP–690.

**92–1922.** Beaver Excavating Co. v. Perry Twp. *Stark County*, No. CA–8847.
MOYER, C.J., and SWEENEY, J., dissent.

**92–1924.** Barber v. Barber. *Ross County*, No. 1804.

**92–1931.** Lade v. Ford Motor Co. *Clermont County*, No. CA91–01–087.

**92–1934.** Lovely v. Worthington Steel. *Butler County*, No. CA92–01–020.
H. BROWN, J., not participating.

**92–1941.** August v. Lightning Rod Mut. Ins. Co. *Lucas County*, No. L–92–025.
H. BROWN and RESNICK, JJ., dissent.

**92–1951.** Guziak v. Guziak. *Summit County*, No. 15323.

**92–1956.** Wiggins v. Ohio Bur. of Unemp. Comp. *Lucas County*, No. L–91–383.
H. BROWN, J., dissents.
RESNICK, J., not participating.

**92–1962.** State v. Klontz. *Fairfield County*, No. 35–CA–91.

**92–1964.** Zbuka v. Zbuka. *Stark County*, No. CA–8800.

**92–1988.** In re Estate of Gerst. *Hamilton County*, No. C–910420. On motion and cross-motion to certify the record. Motions overruled.
DOUGLAS, WRIGHT and H. BROWN, JJ., dissent.

**92–1994.** Stoltz v. Delco Homes. *Delaware County*, No. 91CAE04017.
DOUGLAS, J., dissents.

**92–1995.** Bartholomy v. Maeda. *Mahoning County*, No. 91 C.A. 171.

**92–2006.** Eastham v. Nationwide Mut. Ins. Co. *Hamilton County*, No. C–910623.